NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5103

RICHMOND AMERICAN HOMES OF COLORADO, INC.,
METROPOLITAN DEVELOPMENT IV, LLC,
METROPOLITAN BUILDERS, INC.,
STANDARD PACIFIC OF COLORADO, INC.,
and TOUCHSTONE HOMES, LLC,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
in 05-CV-280, Judge Lawrence M. Baskir.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The United States moves for a 31-day extension of time, until May 4, 2009, to file its brief due to settlement efforts. Richmond American Homes et al. respond.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

APR 2 0 2009
_____
Date

cc: Hubert A. Farbes, Jr., Esq.
Leslie Cayer Ohta, Esq.

s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK